BETTY REED v. JOHN SLAUGHTER AND COUNTY OF ESSEX, DIVISION OF WELFARE.

June 26, 1987.

Petition for certification granted.   (See 217 *N.J.Super.* 214)

BONNIE S. ENGLEBARDT v. SECURITY MUTUAL LIFE INSURANCE COMPANY OF NEW YORK, ETC.

June 26, 1987.

Petition for certification denied.

MARTHA HOLCOMB SPAKE v. ROBERT W. SPAKE.

June 26, 1987.

Petition for certification denied.

GAF CORPORATION v. BOROUGH OF SOUTH BOUND BROOK, OF HUMAN SERVICES.

June 26, 1987.

Petition for certification granted.